No. 965. FLAXER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *David Rein* and *Joseph Forer* for petitioner. *Solicitor General Rankin* and *Philip R. Monahan* for the United States.

No. 417, Misc. SMITH v. UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted. *Marion Rushton* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 474, Misc. CASH v. CULVER, STATE PRISON CUSTODIAN. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Florida granted. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *Edward S. Jaffry,* Special Assistant Attorney General, for respondent.

No. 884. BENJAMIN ET AL. v. CITY OF COLUMBUS ET AL. Supreme Court of Ohio. Certiorari denied. *Waymon Belton McLeskey* for petitioners. *Russell Leach* for respondents.

No. 950. GOLDBLATT BROS., INC., v. KOSLEY. C. A. 7th Cir. Certiorari denied. *Stanford Clinton* and *Robert A. Sprecher* for petitioner. *Edmund A. Schroer* for respondent.